# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FLOOR COVERING CO., INC.** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 22-123** |
| **TUTOR PERINI BUILDING CORPORATION** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 12th day of December, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 12), Plaintiff's Response (Doc. No. 13), and Defendant's Reply Brief (Doc. No. 16), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED** for improper venue.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

  /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG,    J.**